OPINION — AG — ** CONSTITUTIONALITY — BILL ** IS THIS CONSTITUTIONAL: " CLASSIFICATION IS A PROPOSED BILL (WHICH HAVE PREPARED) PROVING THE LOCAL AUTHORITIES AMY PROHIBIT THE SALE OF SO CALLED 3.2 BEER ' IN HOTELS WHEREIN DANCING IS CONDUCTED ON THE PREMISES AND SUCH HOTEL CONTAINS LESS THAN FIFTY(50) ROOMS FOR GUESTS '". (BEER, ALCOHOLIC BEVERAGE, CONSUMPTION) — IT WOULD BE CONSTITUTIONAL CITE: 37 O.S. 2.11 [37-2.11], 37 O.S. 216 [37-216] (J. H. JOHNSON)